# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218−0508

**In re:**  Stacey Michelle Cosby

**Case Number**   21−33219−KLP
**Chapter**   7

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*22* – Reaffirmation Cover Sheet and Reaffirmation Agreement with Santander Consumer USA Inc. filed by James E. Kane of Kane & Papa, PC on behalf of Stacey Michelle Cosby. (Kane, James)

**REAFFIRMATION [LBR 4008−1]:**

_  Not accompanied by "Request for Waiver to File by Flash Drive or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by flash drive or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

_  Not in substantial compliance or on approved reaffirmation agreement (Official Form 2400A/B ALT) and reaffirmation agreement coversheet (Official Form 427)

**X**  Not signed by debtor, the debtor's attorney, if any, and/or the creditor.

_  Reaffirmation contains deficiencies in part(s)  , if not corrected within 14 days from the date of this notice the matter will be referred to the Court for further consideration/determination and a hearing may be set.

_

***A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov***

Date:   January 28, 2022

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Michelle Stehle, Deputy Clerk
Direct Dial Telephone No. 804−916−2422

[igreaffvNov19.jsp]